## Commonwealth *v.* First, Appellant.

Argued November 10, 1971. *Stephen H. Hutzelman,* with him *William T. Jorden,* for appellant; *R. Gordon Kennedy,* District Attorney, submitted a brief, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Fleming, Appellant.

Submitted November 8, 1971. *J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition. See *Commonwealth v. Lowery,* 438 Pa. 89, 263 A. 2d 332 (1970).

WRIGHT, P. J., dissents.